# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-HL1, ASSET-BACKED CERTIFICATES, SERIES 2007-HL1<br><br>v.<br><br>TFHSP, LLC d/b/a TFHSP SERIES, LLC, SERIES N5, TRINA NGO, TRUSTEE OF EVENING SONG 2380 LAND TRUST, MICHAEL E. BURCH, JESSICA GRUNEWALD, AUGUST GRUNEWALD, CASSANDRA D. PRUITT, and CORNERSTONE HOME LENDING, INC. | § § § § § § § § § § § § § § § Civil Action No. 4:17-CV-542<br>(Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 14, 2017, the report of the Magistrate Judge (Dkt. #49) was entered containing proposed findings of fact and recommendations that Defendants August Grunewald and Jessica Grunewald's Motion to Dismiss (Dkt. #27) be **GRANTED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's claims against Defendants August and Jessica Grunewald are **DISMISSED**.

**IT IS SO ORDERED**.
 SIGNED this 4th day of January, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE